Vol. 59]      ·JANUARY TERM, 1900.      579

Western Seed & Irrigation Co. v. Morton.      Citizens State Bank v. Pence.

WESTERN SEED & IRRIGATION COMPANY V. ROBERT H.
MORTON.

FILED JANUARY 24, 1900.   No. 9,127.

Pleading: SUFFICIENCY: REVIEW: TRANSCRIPT.   An assignment of
error relating to the sufficiency of a petition can not be con-
sidered, where a copy of the pleading is not included in the
transcript.

ERROR from the district court of Douglas county.
Tried below before SCOTT, J.   *Affirmed.*

*Joel W. West*, for plaintiff in error.

*Byron G. Burbank* and *Lake, Hamilton & Maxwell, contra.*

NORVAL, C. J.

This proceeding was instituted in this court to review
a decree of the district court of Douglas county. The
transcript consists merely of a copy of the decree. A
reversal is asked on the sole ground that the petition of
the plaintiff below does not state a cause of action. As
a copy of the pleading assailed has not been brought to
this court, the decree must be

AFFIRMED.